IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V )<br>)<br>(1) THEODORE FALLS )<br>(2) MAURICE CRAWFORD )<br>(3) NATHANIEL WASHINGTON )<br>(4) DERRICK LOWERY )<br>(5) DERRICK OWENS )<br>(6) AARON LIGON )<br>(7) MARIO WILSON )<br>(8) CADARYL DRAYTON )<br>(9) CURTIS SMITH )<br>(10) LAVAR RODGERS )<br>(11) MARY FALLS )<br>_____ ) | Docket No. 3:13cr19-FDW<br><br>**UNDER SEAL**<br><br>**ORDER** |

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 16th day of January 2013.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

1