UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Docket No. 3:13-CR-00019-FDW

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| (1) THEODORE FALLS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| CASSANDRA LIGON | ) |  |
| Petitioner | ) |  |
|  | ) |  |

**This Matter** is before the Court on Petitioner Cassandra Ligon's unopposed Motion for an Extension of Time to respond to the Government's Motion to Dismiss Third-Party Petition, or in the Alternative, for Judgment on the Pleadings, (Doc. No. 132). (Doc. No. 139). For good cause shown, Petitioner's Motion is GRANTED. Petitioner shall have until May 16, 2014, to respond to the Government's Motion.

IT IS SO ORDERED.

Signed: April 14, 2014

Frank D. Whitney
Chief United States District Judge