UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13 CR 19-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THEODORE FALLS, | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner MidFirst Bank's December 15, 2014 motion (the "Motion") for supplemental relief in connection with this Court's order dated May 20, 2014. FOR GOOD CAUSE shown, the Motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Petitioner MidFirst Bank is granted leave to foreclose its deed of trust encumbering certain real property situated at 1222 Karendale Ave, Charlotte, NC 28208, by way of appropriate proceedings in North Carolina state court with notice of such proceedings being provided in the manner required by applicable law to the United States and other proper parties who would be entitled to notice independent of the forfeiture previously ordered in this cause.

Signed: December 16, 2014

Frank D. Whitney
Chief United States District Judge